MARY J. LANE, Respondent, v. NEW YORK POST-GRADUATE MEDICAL SCHOOL AND HOSPITAL, Appellant.— Action to recover damages for personal injuries suffered by plaintiff while a patient in defendant hospital. Judgment in favor of plaintiff, entered after trial before the court, without a jury, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *post*, p. 973.]

RALPH M. LAUER, Appellant, v. BENJAMIN L. MARVIN et al., Respondents. (Action No. 2.) — Action for impressment of a trust upon real property in accordance with an oral agreement to convey. Judgment unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ. [See *post*, p. 967.]

LOUISIANA CONSTRUCTION CORP., Respondent, v. CORTLAND BAY SHORE CORPORATION, Appellant. (Action No. 1.) — Action for specific performance of a contract for the sale of real property, together with a hotel business, personalty and good will. Judgment unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ. [See *post*, p. 967.]

HARRY S. POLLACK, Respondent, v. CYNTHIA K. VIELE et al., Defendants, and JOSEPH HARPER, Appellant.— In an action for specific performance of a contract for the sale of real property, order and judgment (one paper) granting plaintiff's motion for summary judgment and decreeing that defendant-appellant perform the contract and convey the property to plaintiff, and severing the action as to other defendants, unanimously affirmed, with $10 costs and disbursements. Appellant and respondent were not contract vendees from the same vendor within the provisions of section 294 of the Real Property Law. Appellant, who had actual knowledge of respondent's prior contract of purchase and claimed rights thereunder before payment of and acceptance of conveyance under his own contract, was not a bona fide purchaser as to respondent. (*Wheeler* v. *Standard Oil Co.*, 263 N. Y. 34; *Page* v. *Waring*, 76 N. Y. 463; *Macauley* v. *Smith*, 132 N. Y. 524; *Wright-Blodgett Co.* v. *United States*, 236 U. S. 397, 404; 66 C. J., Vendor and Purchaser, § 1037.) Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ. [See *post*, p. 910.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAL CIGNA, Appellant.— Judgment of the County Court, Kings County, convicting defendant of the crime of rape in the first degree, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VICTOR GARITY, Appellant.— The appellant was convicted of several felonies after trial in 1941, and is serving the sentence imposed by the judgment. The present motion is construed, as in *coram nobis*, to set aside the judgment on the ground that the conviction was had solely because of the known use of perjured testimony, etc. Order of the County Court, Queens County, denying the motion, affirmed. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.